UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-                                                                                  (S8) 16 CR 405 (LAK)

Dan Weol Choi,

                            Defendant.
-------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

   The Clerk of Court shall unseal and place on the public docket the following documents:

   The superseding information against Dan Weol Choi, mistakenly marked as (S6) shall be remarked as the (S8) information.

   The unsigned waiver of indictment, which shall be accepted as the executed copy due to the fact that the filing of the signed original is delayed because of the ongoing pandemic.

   The deputy clerk's minutes of the entry of the guilty plea.

   The order accepting the plea allocution before the magistrate judge.

   The waiver of the right to be present at sentencing proceeding and consent to sentencing via video or telephone conference.

   SO ORDERED.

Dated: August 5, 2020

_____
Lewis A. Kaplan
United States District Judge