UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

                -against-                                    16-cr-0405 (LAK)

DAN WEOL CHOI,

                            Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Due to the ongoing COVID-19 pandemic, the Court is not in a position to conduct a typical sentencing proceeding (i.e., a sentencing with the defendant and all other necessary persons present in a public court room) on June 17, 2020. If a valid waiver of defendant's right to be present and his consent to conducting the sentencing by video or, if video is not reasonably available, telphonic means were timely filed, the Court would be prepared to consider sentencing on June 17, 2020, or shortly thereafter.

        Counsel shall either file the necessary consent utilizing the form attached to this order, or request that sentencing be adjourned to the fall when the likelihood of an in-person hearing then possibly being greater.

        SO ORDERED.

Dated:    June 9, 2020

                                                            _____
                                                                 Lewis A. Kaplan
                                                           United States District Judge