UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
UNITED STATES OF AMERICA

    - v. -

DAN WEOL CHOI,

               Defendant.

------------------------------------- X

**SEALED ORDER**

(S8)16 Cr. 405 (LAK)

WHEREAS, with the consent of defendant Dan Weol Choi, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on July 27, 2017;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
       ~~December~~ January ~~10~~, 20~~20~~

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge
Southern District of New York