Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 16CR405 (LAK)

**Dan Weol Choi**

On January 23, 2020, Dan Weol Choi was placed on Probation for a period of two (2) Years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Choi be discharged from probation.

Respectfully submitted,

by _____
Claudell Brehon
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this __22nd__ day of __December__, 20__21__.

/s/
_____
Honorable Lewis A. Kaplan
Senior U.S. District Judge